1012

Harold F. McGuire, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.
After oral argument of counsel for respective parties, ordered orders of District Court affirmed; mandate forthwith.

OMAHA STANDARD BODY CO., Appellant, v. FUCHS EQUIPMENT CO. et al.
No. 9730.

Circuit Court of Appeals, Eighth Circuit.
Nov. 21, 1933.

George S. Wright, Addison G. Kistle, and Paul E. Roadifer, all of Council Bluffs, Iowa, for appellant.

A. E. Royce, of Omaha, Neb., and Raymond A. Smith, of Council Bluffs, Iowa, for appellees.

PER CURIAM.
Appeal dismissed for want of prosecution, on motion of appellees.

Walter J. PATTEN v. UNITED STATES of America.
No. 6584.

Circuit Court of Appeals, Sixth Circuit.
Dec. 14, 1933.

Clyde L. Deeds, of Toledo, Ohio, and H. B. Mulholand, of Defiance, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.
Judgment of District Court affirmed.

PACIFIC OILCLOTH & LINOLEUM CO., Appellant, v. Wm. C. McDUFFIE, as Receiver of Richfield Oil Company, Appellee.
No. 7346.

Circuit Court of Appeals, Ninth Circuit.
Feb. 21, 1934.

John B. Haas and John D. Home, both of Los Angeles, Cal., for appellant.

Gibson, Dunn & Crutcher and David P. Evans, all of Los Angeles, Cal., for appellee.

N. N. PETTERSON, as owner of THE Barge L. J. TOMLINSON, Libelant-Appellee, v. THE Tug DOROTHY, Her Engines, etc., Sivert J. Kron and Christoffer A. Olsen, Claimants-Appellants.
No. 180.

Circuit Court of Appeals, Second Circuit.
Jan. 22, 1934.

Winifred Sullivan, of New York City, for appellants.

Macklin, Brown, Lenahan & Speer, of New York City (Gerald J. McKernan and